IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARREN TERRELL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-807-JTA |
| | ) | (WO) |
| G.A. FOOD SERVICE OF PINELLAS COUNTY, LLC, PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, and PMA MANAGEMENT CORP., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the Motion to Withdraw Removal filed on November 10, 2025 by Defendants G.A. Food Service of Pinellas County, LLC, Pennsylvania Manufacturers' Association Insurance Company and PMA Management Corp. (Doc. No. 18.) Upon consideration of the motion, the Court CONSTRUES the motion as a motion to remand this action to the Circuit Court of Houston County, Alabama. Accordingly, it is ORDERED as follows:

1. **On or before November 20, 2025**, Defendants shall show cause why their motion to remand should be granted.

2. **On or before November 26, 2025**, Plaintiff Darren Terrell Taylor shall show cause why the motion to remand should not be granted.

DONE this 13th day of November, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE