IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN TERRELL TAYLOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-807-JTA |
| | ) (WO) |
| G.A. FOOD SERVICE OF PINELLAS | ) |
| COUNTY, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Before the Court is the motion to remand filed by Defendants G.A. Food Service
of Pinellas County, LLC, Pennsylvania Manufacturers' Association Insurance Company,
and PMA Management Corp. (Doc. No. 18.) For the reasons stated in the Memorandum
Opinion entered on today, and for good cause, it is ORDERED as follows:

1. Defendants' motion to remand (Doc. No. 18) is GRANTED.

2. This action is REMANDED to the Circuit Court of Houston County, Alabama.

The Clerk of the Court is DIRECTED to take the appropriate steps to effectuate
the remand.

DONE this 9th day of March, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE